# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2951
LT Case No. 2024-012394-CICI

_____

MARK DALEY,

    Appellant,

    v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Elizabeth A. Blackburn, Judge.

Mark Daley, Daytona Beach, pro se.

Alex A. Christiano, Assistant General Counsel, Florida
Commission on Offender Review, Tallahassee, for Appellee.

October 7, 2025

PER CURIAM.

    AFFIRMED.

EDWARDS, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____